JANA, INC., petitioner, v. UNITED
STATES.   No. 91–556.

Supreme Court of the United States.

Jan. 13, 1992.   Denied.